**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 16 2005

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL ANDREW BAIN ) | |
| ) | |
| V. ) | 3-05-CV-909-B |
| ) | |
| DOUGLAS DRETKE, Director, ) | |
| Texas Department of Criminal Justice ) | |
| Correctional Institutions Division ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS, THEREFORE, ORDERED that the Court finds that Michael Andrew Bain is entitled to an evidentiary hearing on his claim that his trial attorney failed to render effective assistance of counsel in failing to investigate his physical and mental health history, in failing to obtain an expert to assess such records and in failing to present physical and mental health evidence in mitigation of punishment, and the case is referred back to Magistrate Judge Sanderson directing him to hold an evidentiary hearing

SO ORDERED this 16th day of Nov., 2005.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE